**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**BONITA T.**,

       *Plaintiff*,

  v.

**FRANK BISIGNANO, Commissioner of Social Security**,

       *Defendant*.

</td><td>

**Case No. 2:26-cv-00469-JDW**

</td></tr>
</table>

## ORDER

**AND NOW**, this 14th day of July, 2026, upon consideration of Plaintiff's Brief And Statement Of Issues In Support Of Request For Review (ECF No. 8), Defendant's Uncontested Motion To Remand (ECF No. 9), and the Report And Recommendation Of United States Magistrate Judge Lynne A. Sitarski (ECF No. 10), and after an independent review of the record, I note as follows.

1.     Plaintiff seeks review of the Commissioner's denial of her application for Social Security disability benefits. After Plaintiff filed her Brief and Statement of Issues in Support of Request for Review, the Commissioner moved to remand the matter for further administrative proceedings. The Commissioner represented that, upon further review, additional evaluation of Plaintiff's claim was warranted. Plaintiff did not oppose that request.

2.      Judge Sitarski issued her Report and Recommendation on May 6, 2026. Judge Sitarski concluded that remand under sentence four of 42 U.S.C. § 405(g) was appropriate and recommended that I grant the Commissioner's motion, deny Plaintiff's Request for Review as moot, and enter final judgment.

3.      Neither Plaintiff nor the Commissioner filed an objection or response to the Report and Recommendation that Magistrate Judge Sitarski issued. When the parties do not object to a report and recommendation, I review the recommendation under a plain error standard (*see Oldrati v. Apfel*, 33 F. Supp.3d 397, 399 (E.D. Pa. 1998)). I have reviewed the record and the Report and Recommendation and find no error.

Therefore, it is **ORDERED** as follows.

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.      The Commissioner's Uncontested Motion to Remand (ECF No. 9) is **GRANTED**.

3.      Plaintiff's Request for Review (ECF No. 8) is **DENIED AS MOOT**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

4.      The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2